```
 1  ANIEL BRODERICK Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FELICIA GRANT
 6
```

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )  NO. Cr-S-07-118 WBS
                                   )
11              Plaintiff,         )
                                   )  STIPULATION AND [~~PROPOSED~~] ORDER
12       v.                        )
                                   )
13  FELICIA PATRICIA GRANT and JOHN)  Date: May 14, 2007
    L. ANDERSON,                   )  Time: 8:30 a.m.
14                                 )  Judge: William B. Shubb
                Defendants.        )
15                                 )
    _____

16

17       Felicia Grant, by and through her counsel, Caro Marks, Assistant

18  Federal Defender, John Anderson, by and through his counsel, Mark

19  Reichel, and the United States Government, by and through its counsel,

20  Jill Thomas, Assistant United States Attorney, hereby stipulate and

21  agree to vacate the previously scheduled Status Conference date of

22  April 23, 2007 and set a new Status Conference date of May 14, 2007 at

23  8:30 a.m..

24       The government has provided discovery to the defense, and defense

25  counsel need additional time to read it and to discuss it with the

26  defendants. In addition to the documentary discovery, the defense

27  recently received audio recordings which they must review with the

28  defendants. More, both defendants need additional time to pursue

1  possible departures pursuant to Chapter 5 of the federal sentencing
2  guidelines.
3       Therefore, IT IS STIPULATED between the parties that the time
4  period between the signing of this Order up to and including May 14
5  2007, be excluded in computing the time within which trial must
6  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
7  3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
8  counsel.
9  Dated:  April 19, 2007              Respectfully submitted,
10                                     DANIEL BRODERICK
                                       Federal Defender
11
                                       /s/ Caro Marks
12                                     _____
                                       CARO MARKS
13                                     Assistant Federal Defender
                                       Attorney for Defendant
14                                     FELICIA GRANT
15
                                       /s/ Mark Reichel
16                                     _____
                                       MARK REICHEL
17                                     Attorney for Defendant
                                       JOHN ANDERSON
18
19 Dated: April 20, 2007
20                                     MCGREGOR SCOTT
                                       United States Attorney
21
22                                     /s/ Jill Thomas
                                       _____
23                                     JILL THOMAS
                                       Assistant U.S. Attorney
24
25
26
27
28

2

1
2
3
4
5
6
...
28

**ORDER**

**IT IS SO ORDERED.**

Dated: April 20, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3