```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FELICIA GRANT

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-07-118-WBS
                                 )
13                 Plaintiff,    )
                                 ) STIPULATION AND ORDER TO CONTINUE
14      v.                       ) STATUS CONFERENCE
                                 )
15  FELICIA GRANT,               )
                                 ) Date:  June 11, 2007
16                 Defendants.   ) Time:  8:30 a.m.
                                 ) Judge: Hon. William B. Shubb
17  _____)

18
```

19      Felicia Grant, by and through her counsel, Caro Marks, Assistant
20 Federal Defender, John Anderson, by and through his counsel, Mark
21 Reichel, and the United States Government, by and through its counsel,
22 Jill Thomas, Assistant United States Attorney, hereby stipulate and
23 agree to vacate the previously scheduled Status Conference date of
24 May 14, 2007 and set a new Status Conference date of June 11, 2007 at
25 8:30 a.m..

26      The defense has not completed its review of the discovery in this
27 case. In addition, the defendants need time to liste to the audio
28 recordings recently discovered to defense counsel.  Finally, at least

1 one and possibly both defendants will seek a departure under Chapter 5
2 of the sentencing guidelines, and need more time to complete this task.
3       Therefore, IT IS STIPULATED between the parties that the time
4 period between the signing of this Order up to and including June 11,
5 2007, be excluded in computing the time within which trial must
6 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
7 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
8 counsel.

9 Dated:  May 11, 2007                    Respectfully submitted,

10                                         DANIEL BRODERICK
                                         Federal Defender
11
                                         /s/ Caro Marks
12                                        _____
                                         CARO MARKS
13                                        Assistant Federal Defender
                                         Attorney for Defendant
14                                        FELICIA GRANT

15
                                         /s/ Mark Reichel
16                                        _____
                                         MARK REICHEL
17                                        Attorney for Defendant
                                         JOHN ANDERSON
18

19 Dated: May 16, 2007

20                                         MCGREGOR SCOTT
                                         United States Attorney
21

22                                         /s/ Jill Thomas
                                         _____
23                                        JILL THOMAS
                                         Assistant U.S. Attorney
24
                           **ORDER**
25 **IT IS SO ORDERED.**

26 Dated:  May 14, 2007

27                                        _____
                                         WILLIAM B. SHUBB
28                                        UNITED STATES DISTRICT JUDGE

Stipulation & Order                     -2-