MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 61H FLOOR, Suite 600
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  CR.S-07-118-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION OF THE PARTIES** |
| v. ) | **TO Continue; Order thereon** |
| ) | |
| ) | Date: September 10, 2007 |
| ) | Time: **8:30 A.M.** |
| JOHN ANDERSON, et al. ) | Judge: Hon. William B. Shubb |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, Assistant Federal Defender, attorney for defendant Anderson, CARO MARKS, Assistant Federal Defender, attorney for defendant Grant, that the present date for the status conference shall be continued to **September 10, 2007 at 8:30 A.M.**

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through September 10, 2007 should be excluded in computing

Stip

the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: August 6, 2007.          Respectfully submitted,

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for Defendant


DATED: August 3 2007            /s/ CARO MARKS
                                Attorney for defendant Grant


                                McGREGOR W. SCOTT
                                United States Attorney

DATED: August 6, 2007.          /s/MARK J. REICHEL for:
                                JILL THOMAS
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 3, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE