1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )
                                   )   CR. 07-118-WBS
12          Plaintiff,             )
                                   )   STIPULATION AND [PROPOSED] ORDER
13                                 )   CONTINUING STATUS CONFERENCE AND
        v.                         )   EXCLUDING TIME
14                                 )
   Felicia Grant, and              )
15 John Anderson.                  )
                                   )
16          Defendants.            )   Hon. William B. Shubb
                                   )
17

18
        The parties request and stipulate that the time beginning
19
   September 10, 2007, and extending through November 19, 2007 and
20
   stipulate should be excluded from the calculation of time under
21
   the Speedy Trial Act.  Defendants Grant and Anderson and the
22
   United States submit that the ends of justice are served by the
23
   Court excluding such time, in order to permit the counsel a
24
   reasonable time for effective preparation, taking into account
25
   the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).
26
   In particular, the parties are working toward a resolution to the
27
   case need more time to evaluate the evidence and negotiate
28

1  disputed issues.  The parties stipulate and agree that the
2  interests of justice served by granting this continuance outweigh
3  the best interests of the public and the defendant in a speedy
4  trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.  The Court
5  on September 10, 2007 ordered a T-4 exclusion of time until
6  October 15, 2007.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: October 10, 2007          By:/s/ Jill Thomas
                                    JILL THOMAS
                                    Assistant U.S. Attorney

Dated: October 10, 2007          By:/s/ Mark Reichel
                                    MARK REICHEL
                                    Attorney for defendant
                                    John Anderson

Dated: October 10, 2007          By:/s/ Caro Marks
                                    CARO MARKS
                                    Attorney for defendant
                                    Felicia Grant

**ORDER**

In case number 07-118 WBS, the time beginning September 10, 2007, and extending through November 19, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.  **The Status Conference is continued from October 15, 2007 to November 19, 2007 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   October 12, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE