MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
555 CAPITOL MALL, 6TH FLOOR, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
JOHN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 )<br>                                           )<br>            Plaintiff,                    )<br>                                           )<br>     v.                                   )<br>                                           )<br>                                           )<br>                                           )<br>JOHN ANDERSON, et al.                      )<br>                                           )<br>            Defendant.                    )<br>_____ | Case No.  CR.S-07-118-WBS<br><br>**STIPULATION OF THE PARTIES**<br>**TO Continue; Order thereon**<br><br>Date: March 31, 2008<br>Time: 8:30 A.m.<br>Judge: Hon. William B. Shubb |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney,  MARK J. REICHEL, Assistant Federal Defender, attorney for defendant Anderson, CARO MARKS, Assistant Federal Defender, attorney for defendant Grant, that the present date for the status conference shall be continued to March 31, 2008 at 8:30 a.m.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through March 31, 2008 should be excluded in computing the

Stip

time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: February 22, 2008.          Respectfully submitted,

                                            /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Attorney for Defendant

DATED: February 20 2008            /s/ CARO MARKS
                                            Attorney for defendant Grant

                                            McGREGOR W.  SCOTT
                                            United States Attorney

DATED: February 22, 2008.          /s/MARK J. REICHEL for:
                                            JILL THOMAS
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 21, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stip and Order                                           2