```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELICIA GRANT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-07-118-WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| FELICIA GRANT, | |
| Defendants. | Date: April 7, 2008<br>Time: 8:30 a.m.<br>Judge: Hon. William B. Shubb |

Felicia Grant, by and through her counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Jill Thomas, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference date of March 31, 2008 and set a new Status Conference date of April 7, 2008.

The defendant seeks this one week continuance, with which the government concurs. Defense counsel received the government's plea agreement on March 24, 2008, and needs time to review it with the defendant. In addition, there is a provision in the agreement to which

1  the defense objects, and counsel needs additional time to research the
2  provision and resolve the dispute. It is extremely likely that the
3  result of this research will be entry of plea on or about April 7,
4  2008.

5  Therefore, IT IS STIPULATED between the parties that the time
6  period between the signing of this Order up to and including April 7,
7  2008, be excluded in computing the time within which trial must
8  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
9  3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
10 counsel.

11 Dated:  March 25, 2008                Respectfully submitted,

12                                       DANIEL BRODERICK
                                         Federal Defender
13
                                         /s/ Caro Marks
14                                       _____
                                         CARO MARKS
15                                       Assistant Federal Defender
                                         Attorney for Defendant
16                                       FELICIA GRANT

17

18
   Dated: March 27, 2008
19
                                         MCGREGOR SCOTT
20                                       United States Attorney

21
                                         /s/ Jill Thomas
22                                       JILL THOMAS
                                         Assistant U.S. Attorney
23
                               **ORDER**
24

25
         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26
   ordered that the March 31, 2008, status conference hearing be continued
27
   to April 7, 2008, at 8:30 a.m.  Based on the representation of defense
28
   counsel and good cause appearing there from, the Court hereby finds

Grant Stipulation & Order            -2-

1  that the failure to grant a continuance in this case would deny defense
2  counsel reasonable time necessary for effective preparation, taking
3  into account the exercise of due diligence.  The Court finds that the
4  ends of justice to be served by granting a continuance outweigh the
5  best interests of the public and the defendant in a speedy trial.  It
6  is ordered that time up to and including the status conference on April
7  7, 2008 shall be excluded from computation of time within which the
8  trial of this matter must be commenced under the Speedy Trial Act
9  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
10 to allow defense counsel reasonable time to prepare.

12 Dated:  March 27, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE