```
DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELICIA GRANT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-07-118 WBS |
| Plaintiff, ) | |
| ) | NOTICE OF CONTINUANCE OF |
| v. ) | SENTENCING HEARING |
| ) | |
| FELICIA GRANT, ) | |
| ) | Date:   June 23, 2008 |
| Defendant. ) | Time:   8:30 a.m. |
| ) | Judge: William B. Shubb |
| _____ ) | |

The current presentence report schedule and judgment and sentencing date of June 16, 2008 is vacated and a new J&S date of June 23, 2008 at 8:30 a.m. is hereby set.  Below is the new PSR schedule.

```
Draft PSR due:              May 19, 2008
Written objections due:     June 02, 2008
PSR to be filed w/court:    June 09, 2008
Motion for correction due:  June 16, 2008
J&S:                        June 23, 2008
```

///

///

///

///

///

1  All parties including the courtroom clerk have been notified and
2  are in agreement to this continuance.
3
4  Dated: May 9, 2008                    Respectfully submitted,
5
6                                        DANIEL BRODERICK
                                         Federal Defender
7                                        /s/ Caro Marks
                                         _____
8                                        CARO MARKS
                                         Assistant Federal Defender
9                                        Attorney for Defendant
                                         FELICIA GRANT
10
11
12     IT IS SO ORDERED.
13 DATED:  May 9, 2008
14                         _____
15                         WILLIAM B. SHUBB
                           UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28

2