DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FELICIA GRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-118 WBS |
| ) | |
| Plaintiff, ) | |
| ) | ~~PROPOSED~~ ORDER DESIGNATING |
| v. ) | INSTITUTION |
| ) | |
| FELICIA GRANT, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

**WHEREAS** the court imposed a six month prison sentence on Defendant on or about April 13, 2009;

**WHEREAS** the defense requests that the Court recommend to the Bureau of Prisons that FCI Dublin be designated as the facility at which Defendant shall service her sentence;

/ / / /

/ / / /

/ / / /

1 | **THEREFORE**, the court directs that the judgment and commitment order reflect the judicial recommendation that FCI Dublin be designated as the institution for service of the sentence of imprisonment.

**IT IS SO ORDERED.**

By the Court,

Dated: April 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE